**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

STANDARD ULTRAMARINE AND
COLOR CO.

     and

AMERICAN CYANAMID CO.,

      Defendants.

Misc. Action No. 2:19 - 127

## [PROPOSED] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the Final Judgment entered in this case, and the Court having considered all papers filed in connection with the motion, and the Court finding that it is appropriate to terminate the Final Judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said Final Judgment is hereby terminated.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

Prepared By:

**MICHAEL B. STUART**
**United States Attorney**


**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
P.O. Box 1713
Charleston, WV  25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov
Counsel for the United States of America


**/s/Christine A. Hill**
D.C. Bar No. 461048
Attorney
United States Department of Justice
Antitrust Division
Defense, Industrials, and Aerospace Section
450 Fifth Street, N.W., Suite 8700
Washington, D.C.  20530
(202) 305-2738
christine.hill@usdoj.gov
Counsel for the United States of America